IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                        PLAINTIFF

v.                No. 4:14-cr-232-DPM-17

MICHAEL SHAWN NICHOLSON                    DEFENDANT

## ORDER

1. Motion for summons, № 1093, granted. The Court directs the Clerk to issue a summons for Michael Shawn Nicholson. The Court will hold a hearing on the motion to revoke Nicholson's probation at 1:45 p.m. on Thursday, 21 September 2017. Nicholson must appear.

2. Nicholson was represented by retained counsel on the underlying charge. The Court directs the United States Probation Officer to have Nicholson complete a CJA-23 financial affidavit to determine if he is eligible for appointed counsel during the revocation proceeding.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 July 2017